AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

| | |
|---|---|
| United States of America<br>v.<br><br>REDEX LESTER JR.<br><br>Defendant(s) | ) ) ) ) ) ) ) Case No. 20-mj-273-JFJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____May 25, 2020_____ in the county of _____Tulsa_____ in the Northern District of Oklahoma, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 1151, 1153, and 1112 | Manslaughter in Indian Country |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Special Agent
_____
Printed name and title

Sworn to before me ~~and signed~~ by phone. JJ in my presence.

Date: 8-28-2020

_____
Judge's signature

City and state: Tulsa, OK

United States Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT
## IN THE NORTHERN DISTRICT OF OKLAHOMA

I, Steven Colon, being first duly sworn under oath, do hereby depose and state:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws and duly authorized by the Attorney General to request a search warrant and make arrests.

2. Your Affiant, Steven Colon, is a Special Agent with the Federal Bureau of Investigation (FBI). I am authorized to conduct investigations into violations of Federal law including major crimes occurring on Indian Country. Your Affiant has been employed with the FBI since 2018.

3. The facts in this affidavit come from Your Affiant's personal observations, training and experience, and information obtained from other agencies and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

4. Based on Your Affiant's training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of Title 18 United States Code, Sections 1151, 1153, and 1112 have been committed by Redex Lester Jr., DOB xx/xx/67, SSN xxx-xx-0674.

1

## SUMMARY OF THE INVESTIGATION

5.   At all times relevant to this Complaint, Redex Lester Jr., according to the Cherokee Nation of Oklahoma Citizenship Board, was and is a member of Cherokee Nation.

6.   That the incident occurred in Tulsa County, State of Oklahoma, within the bounds of the Creek Nation Indian Reservation, which is considered Indian Country as defined in 18 U.S.C. Section 1151.

7.   That on May 25th, 2020 by unlawfully, willfully, intentionally and feloniously, without a premeditated design to effect death, did cause and effect the death of one Wayne Thomas, while the said defendant was unlawfully engaged in a misdemeanor in manner and form as follows: Driving Under the Influence of Alcohol, that said defendant was then and there driving a 2001 GMC Sierra, at or about 5900 South Lewis Avenue in Tulsa, while under the influence of an intoxicating substance and while so driving said vehicle, said defendant did then and there drive and propel the vehicle into the path of another vehicle causing a collision between the two vehicles and did then, there, and thereby cause to be inflicted upon the body of Wayne Thomas certain wounds and injuries while Wayne Thomas was a passenger of the opposing vehicle, and the wounds and injuries were a direct and proximate result of the unlawful acts of defendant as aforesaid, and from those certain mortal wounds Wayne Thomas did thereafter languish and die on May 28, 2020.

8.   That on May 25th, 2020 Officer N. Cantrell of the Tulsa Police Department was dispatched to 5600 South Lewis Avenue intersection in reference to a four car

collision. Cantrell arrived at the crash and observed Redex Lester Jr. walking around the Sonic fast food restaurant in a staggered fashion. Lester was wearing a black tee shirt and red shorts. Lester stated that he was not driving the truck, but his wife was and she had left. Lester later recanted that his wife was present stating he was not thinking right due to being in and out of consciousness. Cantrell detected an odor of alcohol coming from Lester's breath during the conversation. Lester was talking slowly and slurred. Cantrell informed Lester he was being placed under arrest for suspicion of DUI. Lester was bleeding from his right forearm which was consistent with where blood was found on the driver's side right arm rest inside the truck. Cantrell also discovered a shredded Budweiser can in the front passenger floor board. Lester consented to a blood draw to be done at the hospital and was treated for his injuries resulting from the crash. The blood test officer's affidavit was completed at this time.

9. That John Ross was the driver of a gray Chevrolet Suburban OK tag IWR086 in the south bound lane with Wayne Thomas as his passenger in the front seat. The Suburban took the brunt of the damage of the collision involving the Sierra. Ross and Thomas were rushed to Saint Francis Hospital. Ross sustained a left femur fracture and right ankle fracture. Thomas later died from his injuries.

10. That witness, Walker Miracle, stated he was driving south bound on South Lewis Avenue in a white Honda Civic OK tag AXC250, when he observed a maroon truck spin out of control from the north bound side of South Lewis Avenue. The truck spun into his lane of traffic. He swerved right to get out of its way, but was struck by the rear end of the truck, possibly the tow hitch.

11. That witness, Elizabeth Camacho, stated she was driving south bound on South Lewis Avenue in a green Chevrolet Malibu OK tag EUV122, directly behind the gray Suburban. Camacho said a purple truck was north bound and swerved in front of the Suburban causing the collision. She said she slammed on her brakes to try avoiding the Suburban but slid due to the rain and struck the passenger rear. Camacho suffered from chest and back pain due to the collision.

12. That witness, Tina Sue Williams, stated she was driving north bound on South Lewis Avenue in the left most lane. She saw a maroon Chevy truck approach on her right side, trying to get into her lane and losing control. She observed the truck go sideways in the opposite lane resulting in a "T-Bone" type collision with the Suburban. A green car also hit the SUV from behind.

13. That witness, Star Hunt, stated she was working her shift at a nearby Sonic restaurant when she saw the wreck and a car on fire. She ran over to the collision with a fire extinguisher. She proceeded to try to help a black man in a black shirt with red shorts and a shaved head who was passed out with blood coming off his head and mouth. He was the sole person, the driver of the vehicle, but was claiming to have a woman with him.

14. That on May 25th, 2020, Officers Cantrell and Ackerman of Tulsa Police Department, gathered measurements for impact calculations later exploited by the Bosch Crash Data Retrieval System. The Chevrolet Suburban and GMC Sierra were towed from the scene by Allied Towing of Tulsa and entered in to evidence.

15. That on July 1st, 2020, the Tulsa Police Department Forensic Laboratory finalized the blood test report on Lester. The result was 0.239 G/100 M1 alcohol concentration with a margin of error of 0.017.

16. That on July 15th, 2020, the medical examiner's office finalized their investigation. The report concluded that Wayne Thomas died due to multiple blunt force injuries sustained in the collision.

17. That the suspect is identified as Redex Lester Jr. He has a date of birth in xx/xx/1970 and the last four of his SSN is 0674. The last known address for the defendant is 6128 S. Troost Ave., Tulsa, OK 74136.

18. In consideration of the foregoing, I believe there is probable cause to believe Redex Lester has violated Title 18 United States Code, Sections 1151, 1153, and 1112, and I respectfully request that this court issue a criminal complaint and a warrant for his arrest.

_____
Steven Colon,
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to ~~before~~ me by phone on this 28th day of August 2020.

_____
Honorable Jodi F. Jayne
United States Magistrate Judge

5